```
IN THE UNITED STATES DISTRICT COURT FOR THE

                  DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )          8:15CR297
                             )
         v.                  )
                             )
DARION R. HAYNIE,            )            ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 47). The Court notes defendant wishes to enter a plea. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue is granted.

2) A Rule 11 hearing is scheduled for:

**Tuesday, April 19, 2016, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to finalize plea negotiations, and it will accommodate the schedule for defendant's treatment, as well as of the Court and counsel. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 11, 2016, and April 19, 2016, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

**A copy of the petition to enter a plea of guilty and a copy of the plea agreement, if there is one, shall be provided to the Court at least twenty-four hours prior to the scheduled hearing.** Failure to do so may result in the hearing being rescheduled.

DATED this 7th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court